UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| DARRELL I. BOLDEN, | ) |
| Petitioner, | ) ) ) |
| v. | ) No. 4:19-CV-126 SPM |
| RICHARD JENNINGS, | ) ) ) |
| Respondent. | ) |

## MEMORANDUM AND ORDER

Petitioner moves for leave to proceed in forma pauperis. Upon review of the financial information, the Court has determined that petitioner is unable to pay the filing fee. *See* 28 U.S.C. § 1915. The motion will be granted.

Accordingly,

**IT IS HEREBY ORDERED** petitioner's motion for leave to proceed in forma pauperis [Doc. #3] is **GRANTED**.

Dated this  1st  day of February, 2019.

_____
SHIRLEY PADMORE MENSAH
UNITED STATES MAGISTRATE JUDGE